IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV421-GCM

| | |
|---|---|
| MAGDY M. MAHMOUD, <br>       Plaintiff, <br> v. <br><br> CARMAX AUTO SUPERSTORES, INC., <br>       Defendant. | ORDER GRANTING <br> ADMISSION PRO HAC VICE |

**THIS MATTER** is before the Court upon the motion of Defendant to allow **Susan Childers North** to appear *Pro Hac Vice*, dated November 9, 2010 [doc. #12].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Ms. North has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: November 23, 2010

Graham C. Mullen
United States District Judge