# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Magdy M. Mahmoud,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                                          3:10-cv-421-GCM

Carmax Auto Superstores, Inc.,

    Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2011 Order.

    Signed: January 5, 2011

Frank G. Johns, Clerk
United States District Court